UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ross Hanover Berke,<br><br>         Plaintiff,<br><br>vs.<br><br>Officers Jonathan Gliske, Chris Kasal, and Tom Menton, both individually and in their official capacities as police officers for the City of St. Paul, and the City of St. Paul,<br><br>         Defendants. | Court File No. 14-4073 (RHK/JSM)<br><br>**STIPULATION TO AMEND COMPLAINT** |

Plaintiff Ross Berke hereby agrees to substitute as sole Defendant in this action the City of St. Paul in place of current Defendants Officers Jonathan Gliske, Chris Kasal and Tom Menton.  Plaintiff further agrees to dismiss with prejudice his lawsuit against Defendants Officers Jonathan Gliske, Chris Kasal and Tom Menton.

Dated:  April 22, 2015
                                                   SARA GREWING
                                                   City Attorney

                                                   *s/ Lawrence J. Hayes, Jr.*
                                                   LAWRENCE J. HAYES, JR., #42821
                                                   Assistant City Attorney
                                                   750 City Hall and Court House
                                                   15 West Kellogg Boulevard
                                                   Saint Paul, MN 55102
                                                   T: (651) 266-8728
                                                   F: (651) 266-8787
                                                   larry.hayes@ci.stpaul.mn.us
                                                   *Attorneys for Defendants*

2

| | |
|---|---|
| Dated: April 23, 2015 | APPLEBAUM LAW FIRM |
| | *s/ Andrew M. Irlbeck*<br>PAUL APPLEBAUM, #223098<br>ANDREW M. IRLBECK, #392626<br>First National Bank Building<br>332 Minnesota Street, Suite W-1610<br>St. Paul, MN 55102<br>T: (651) 222-2999<br>F: (651) 223-5179<br>*Attorneys for Plaintiff* |