UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ross Hanover Berke, | Civil No. 14-4073 (RHK/JSM) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| City of St. Paul, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 15), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs and disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 2, 2015

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge